**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 12-00569-8-SWH |
| CONSTRUCTION SUPERVISION SERVICES, INC. | |
| DEBTOR | CHAPTER 7 |

## REPORT OF SMALL/UNCLAIMED FUNDS

Stephen L. Beaman, Chapter 7 Trustee, ("Trustee") having made a final distribution of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the interim distribution of the estate and that said checks are stale dated, a list of all known names and address of the entities and the amount which they are entitled to be paid from the remaining property of the estate is as follows:

| Claim No. | Name & Last Known Address | Amount |
|---|---|---|
| 64 | American Bank, FSB, 9001 Edmonston Road, Suite 100, Greenbelt, MD 20770 | $674.20 |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: June 24, 2019.

    s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email:  sbeaman@beamanlaw.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Report of Unclaimed Funds was served on the persons listed below, on this date by mailing a copy of the said document to them at their address, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service or by electronic notification as noted.

DATED:  June 24, 2019.

          s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email:  sbeaman@beamanlaw.com

SERVED ON:

Bankruptcy Administrator (via CM/ECF)